535 A.2d 919

**Blaine F. HARDING**

v.

**STATE of Maryland.**

**No. 165, Sept. Term, 1987.**

Court of Appeals of Maryland.

Jan. 13, 1988.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 13th day of January, 1988.

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Montgomery County be, and it is hereby, vacated and the case remanded to that court for trial on the merits, *Burch v. State*, 278 Md. 426, 365 A.2d 577 (1976); costs to be paid by Montgomery County.